Theresa Klapp, Respondent, *v.* Metropolitan Casualty Insurance Company of New York, Appellant.

(Argued March 13, 1935; decided April 16, 1935.)

*W. Clyde O'Brien* for appellant.

*Robert S. Garson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN and CROUCH, JJ.